UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. WALKER, II,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W.L. MONTGOMERY,<br><br>　　　　Defendant. | Case No.  1:21-cv-01123-HBK<br><br>ORDER DIRECTING CLERK OF COURT TO ADMINISTRATIVELY CLOSE CASE AND FILE PETITION AS A MOTION FOR RECONSIDERATION IN CASE NO. 1:11-cv-00585-AWI-SKO<br><br>(Doc. No. 1) |

Petitioner Michael E. Walker, II, a state prisoner, has pending a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254, which the Court construes as a motion for reconsideration. (Doc. No. 1). Petitioner states and the Court has confirmed that he has previously sought relief for the claims raised in the instant petition in *Walker v. Brazelton*, No. 1:11-cv-00585-AWI-SKO (E.D. Cal. Mar. 19, 2013).  In the instant petition, Petitioner states that he seeks to "reopen" 1:11-cv-00585-AWI-SKO due to a change in California state law.  (Doc. No. 1 at 15).  Further, Petitioner states that he seeks relief from the decision entered in 1:11-cv-00585-AWI-SKO under Federal Rule of Civil Procedure 60(b).  (*Id*. at 13-14).  Accordingly, the Court construes the petition as a motion for reconsideration of this Court's decision in 1:11-cv-00585-AWI-SKO. Therefore, the Clerk of Court is directed to administratively close the instant case and file the instant petition in 1:11-cv-00585-AWI-SKO as a motion for reconsideration.

Accordingly, it is **ORDERED**:

The Clerk of Court is directed to administratively close the instant case and to file the petition (Doc. No. 1) as a motion for reconsideration in *Walker v. Brazelton*, No. 1:11-cv-00585-AWI-SKO (E.D. Cal. Mar. 19, 2013).

Dated:    July 29, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE